**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

JASON SANCHEZ,

      Plaintiff,

v.                                                                                    Civ. No. 26-199 GJF/SCY

STATE BAR OF NEW MEXICO,

      Defendant.

## ORDER SETTING TRIAL SCHEDULING CONFERENCE

The parties have consented to this Court presiding as the trial court under 28 U.S.C. § 636(c)(1). *See* Dkt. Nos. 5, 6, & 7. **IT IS ORDERED** that a telephonic trial scheduling conference is set for **Monday, April 20, 2026, at 10:00 a.m. MT**. The conference will address the scheduling and location of the trial and pre-trial conference. The parties shall call the WebEx conference line at (855) 244-8681 and use access code 2313 888 6328 to connect to the proceedings. Client attendance is not required.

      **SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*